

# THE ATTORNEY GENERAL

## OF TEXAS

GERALD C. MANN

~~XKXXXXXXXXX~~

ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:                          Opinion No. O-1557
                                   Re: Computation of occupation tax on
                                       carbon black.

        We received your letter of September 30, 1939, in
which you request our opinion on the following question:

        May a manufacturer of carbon black consolidate his
sales of carbon black selling below 4 cents a pound with
those selling for more than 4 cents per pound and thus be
able to pay a tax on this average?

        Article 7047, Section 45, Subdivision (a), Revised
Civil Statutes of Texas, reads as follows:

        "There is hereby levied an occupation tax
    on every person in this State manufacturing or
    producing carbon black; said tax to be one-
    twelfth of one cent (1/12 of 1¢) per pound on
    all carbon black produced or manufactured where
    the market value is four cents (4¢) per pound
    or less and three per cent (3%) of the value of
    all carbon black produced or manufactured where
    the average market value is in excess of four
    cents (4¢) per pound. The market value of car-
    bon black, as that term is herein used, shall
    be the actual market value thereof plus any bonus
    or premium or other thing of value paid therefor,
    of the actual value which carbon black does rea-
    sonably bring in the due course of trade."

        The act provides that the tax shall be paid on all car-
bon black produced or manufactured and the amount of the tax
is to be based upon the market value thereof "where the mar-
ket value is four cents (4¢) per pound or less and three per
cent (3%) of the value . . . where the average market value is
in excess of four cents (4¢) per pound." The provision "one
twelfth of one cent (1/12 of 1¢) per pound . . . where the mar-
ket value is four cents (4¢) per pound or less" is a fixed and
definite sum for all carbon black whose market value does not

exceed this amount.  In referring to more expensive grade of carbon black the Legislature provided "and three per cent (3%) of the value of all carbon black . . . where the average market value is in excess of four cents (4¢) per pound".

It is the apparent intention of the Legislature to tax the average price of a particular grade and not to strike an average price as between the several grades manufactured.

You are, therefore, advised that in our opinion a manufacturer of carbon black should segregate his production and pay a tax upon the actual market value of each separate black produced.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/Cecil C. Cammack
Cecil C. Cammack
Assistant

CCC:LM:wc


APPROVED OCT 23, 1939
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman